# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

J & J Sports Productions, Inc

                **V.**　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

Irma U Dube, individually also known as Irma U Dubefryer doing business as Honey Ko

Irma U Dube Inc an unknown business entity doing business as Honey Ko

**CASE NUMBER:**　　10cv2307-BTM-JMA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court Grants Plaintiff's motion for default judgment

as against Defendants. Judgment is entered in favor of Plaintiff and against Defendants Irma U Dube a/k/a Irma U Deberfryer, individually and d/b/a Honey Ko, and Irma U Dube, Inc., an unknown business entity d/b/a Honey Ko, in the amount of $14,200.00.

| June 8, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ R. Uran
(By) Deputy Clerk

ENTERED ON June 8, 2012